# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELYN TARANTINO,<br><br>Plaintiff,<br><br>v.<br><br>GUILLIAM NEL; and Does 1-10,<br><br>Defendants. | Case: 2:16-cv-01697-MCE-CKD<br><br>**ORDER FOR DISMISSAL** |

In accordance with the parties Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE